**Order entered February 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01321-CV

**BRUCE AND JANET HENDRICK, Appellants**

**V.**

**JEREMIAH AND JEFFREY WHOLEY, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06322**

## ORDER

The clerk's record has been filed in this appeal and appellants' docketing statement says there is no reporter's record. Accordingly, we **ORDER** appellants to file their brief within **THIRTY DAYS** of the date of this order.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE